IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: FELICITY MICHELLE WALKER                    CHAPTER 13
                                                   Case No. 24-51720-KMS

ORDER DISALLOWING CLAIM NO. 12-1
SINGING RIVER HEALTH SYSTEM

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to **Claim No. 12-1** filed by SINGING RIVER HEALTH SYSTEM the Court having considered same and finding that no opposition to the Objection has been filed, does hereby find, order and adjudicate as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Trustee's Objection to Claim (Dk. 40) is hereby sustained and Claim No. 12-1 filed by SINGING RIVER HEALTH SYSTEM, is hereby disallowed based upon the claim being filed after expiration of the claims bar date and shall not receive payment under Debtor(s) Chapter 13 bankruptcy plan.

##END OF ORDER##

Prepared and Submitted by:

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P O Box 3749
Gulfport MS  39505
228-831-9531