# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51720    **Case Name:** Felicity Michelle Walker and Terry Lee Walker

**Set:** 07/10/2025 10:00 am    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter**  Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 6/10/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 07/1/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #38)

Response filed by the Debtors (Dkt. #39)

---

Minute Entry Re: (related document(s): [38] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 07/24/2025. Email received from Cuntz's office. (mcc)