_____



**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: July 15, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**IN RE: FELICITY MICHELLE & TERRY LEE WALKER**          **CHAPTER 13**
                                                         Case No. 24-51720-KMS

## ORDER DISALLOWING CLAIM NO. 12-1
## SINGING RIVER HEALTH SYSTEM

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to **Claim No. 12-1** filed by SINGING RIVER HEALTH SYSTEM the Court having considered same and finding that no opposition to the Objection has been filed, does hereby find, order and adjudicate as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Trustee's Objection to Claim (Dk. 41) is hereby sustained and Claim No. 12-1 filed by SINGING RIVER HEALTH1 SYSTEM, is hereby disallowed based upon the claim being filed a f t e r expiration of the claims bar date and shall not receive payment under Debtor(s) Chapter 13 bankruptcy plan.

##END OF ORDER##

Prepared and Submitted by:

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P O Box 3749
Gulfport MS  39505
228-831-9531