

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 23, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN THE MATTER OF:                                   CHAPTER 13
FELICITY MICHELLE WALKER                            CASE NO.:  24-51720 KMS
TERRY LEE WALKER

**AMENDED**ORDER UPON DEBTOR(S) DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT** that the above-referenced Debtor(s) have subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

Felicity M. & Terry L. Walker
12116 Highway 26 W
Lucedale, MS 39452

are *directed to pay the* amended sum of **$2,465.00**per month effective with the payment due before noon on August 29th, 2025.   Payments can be made through **TFSbillpay.com** or by **CERTIFIED FUNDS**. Payments through TFSbillpay.com will need to be submitted 7 days prior to the due date to be receipted timely. Payments by CERTIFIED FUNDS must be received before noon of the last business day of the month and include your name and case number and payable to Warren A. Cuntz, Jr., Trustee and mailed to:

WARREN A. CUNTZ, JR., TRUSTEE
P.O. BOX 3749
GULFPORT, MS 39505-3749
(228) 831-9531

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor(s) are released from making further plan payments.

##END OF ORDER##

---

1 Adjusted due to pending TMTD (Dkt. 38)