

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **FELICITY MICHELLE WALKER** | **CASE NO.: 24-51720 KMS** |
| **TERRY LEE WALKER** | |

### ORDER RELEASING EARNINGS OF DEBTOR(S)

THE ORDER **(Dkt. 45)** heretofore entered in these proceedings by which the Debtor(s) were required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:

**WARREN A. CUNTZ, JR. TRUSTEE**

**P.O. BOX 3749**

**GULFPORT MS 39505-3749**

**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED DEBTOR(S) ARE AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##