United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-51720-KMS |
| Felicity Michelle Walker | Chapter 13 |
| Terry Lee Walker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Sep 04, 2025 | Form ID: ntcdsm | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Felicity Michelle Walker, Terry Lee Walker, 12116 Highway 26 W, Lucedale, MS 39452-4447 |
| 5447840 | + | Asthma Alergy Clinic, 1513 Lakeland Dr, Suite 101, Jackson, MS 39216-4829 |
| 5447841 | + | Century Bank, 4282 Main St, Lucedale, MS 39452-6752 |
| 5447843 | + | David Conner DDS, P.O. Box 707, Lucedale, MS 39452-0707 |
| 5447844 | | Emergency Medical Serv, P.O. Box 62948, New Orleans, LA 70162-2948 |
| 5447847 | + | Hawk Automotive, 417 E Sweet Potato St, Vardaman, MS 38878-8446 |
| 5447850 | + | McKay Lawler Franklin, P.O. Box 2488, Ridgeland, MS 39158-2488 |
| 5447855 | + | One Advantage, P.O. Box 23860, Belleville, IL 62223-0860 |
| 5447856 | + | Oschner Health System, 2750 Gause Blvd, Slidell, LA 70461-4149 |
| 5447859 | + | PT Solutions, P.O. Box 200880, Dallas, TX 75320-0880 |
| 5447861 | + | Regional Digestive, 1270 Ocean Springs Rd, Ocean Springs, MS 39564-3409 |
| 5447860 | + | Regional Digestive Spe, 1270 Ocean Springs Rd, Ocean Springs, MS 39564-3409 |
| 5447865 | + | SMCS, Attn: Banruptcy, 5001 Park St, Moss Point, MS 39563-2733 |
| 5447866 | + | SMCS, Pob 1511, Pascagoula, MS 39568-1511 |
| 5447862 | | Singing River Animal, 18156 MS 26, Lucedale, MS 39452 |
| 5447863 | | Singing River Electric, P.O. Box 767, Lucedale, MS 39452-0767 |
| 5447864 | | Singing River Health, P.O. Box 3475, Toledo, OH 43607-0475 |
| 5447868 | + | Springhill Medical Cen, P.O. Box 740512, Cincinnati, OH 45274-0512 |
| 5447869 | + | TImothy Logan Brown, 6141 Hwy 198 E, Lucedale, MS 39452-8701 |
| 5470661 | + | Westmoreland Equipm, 322 S. Pontotoc Rd, Bruce, MS 38915-9634 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5447837 | | Email/Text: ebn@21stmortgage.com | Sep 04 2025 19:26:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5454861 | + | Email/Text: bankruptcy@arivo.com | Sep 04 2025 19:26:00 | ARIVO ACCEPTANCE LLC, 4770 S 5600 W, STE 200, WEST VALLEY CITY, UT 84118-7445 |
| 5447839 | | Email/Text: bankruptcy@arivo.com | Sep 04 2025 19:25:00 | Arivo Acceptance, Attn: Bankruptcy, Po Box 708310, Sandy, UT 84070 |
| 5447838 | + | Email/Text: bankruptcy@acimacredit.com | Sep 04 2025 19:26:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5472765 | + | EDI: AAFES | Sep 04 2025 23:25:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 5449472 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2025 19:36:02 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5451062 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 04 2025 19:25:00 | CREDIT ACCEPTANCE CORPORATION, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: ntcdsm | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 25505 W 12 MILE RD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5447842 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 04 2025 19:25:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5447845 | + | Email/Text: bankruptcies@foxcollection.com | Sep 04 2025 19:26:00 | Fox Collection Center, Attn: Bankruptcy, Po Box 528, Goodlettsvile, TN 37070-0528 |
| 5447846 | + | EDI: AMINFOFP.COM | Sep 04 2025 23:25:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5471981 | | Email/Text: bankruptcy@huntingtonmgt.com | Sep 04 2025 19:26:00 | Huntington National Management LLC, P.O Box 1158, Hamburg, NY 14075 |
| 5447848 | + | EDI: LCIICSYSTEM | Sep 04 2025 23:25:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5449473 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2025 19:35:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5447849 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2025 19:36:02 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5447852 | | Email/Text: ml-ebn@missionlane.com | Sep 04 2025 19:25:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5447853 | | Email/Text: EBN@Mohela.com | Sep 04 2025 19:25:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5447854 | ^ | MEBN | Sep 04 2025 19:24:04 | MOHELA, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5466703 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2025 19:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5447851 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2025 19:26:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5447857 | | Email/Text: banko@preferredcredit.com | Sep 04 2025 19:25:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 5447858 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 04 2025 19:26:00 | Progressive, 11629 So 700 E, Draper, UT 84020-8376 |
| 5451561 | | EDI: Q3G.COM | Sep 04 2025 23:25:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5513178 | ^ | MEBN | Sep 04 2025 19:24:06 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5447867 | + | Email/Text: Tracey@sra-inc.net | Sep 04 2025 19:26:00 | Smith Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5460174 | + | Email/Text: EBN@edfinancial.com | Sep 04 2025 19:25:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5447870 | + | Email/Text: ebn@wfcorp.com | Sep 04 2025 19:26:00 | Williams & Fudge, Inc., Attn: Bankruptcy, 300 Chatham Avenue, Rock Hill, SC 29730-4986 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| cr | *+ | SINGING RIVER HEALTH SYSTEM, c/o MICHAEL J. MCELHANEY, JR, P O BOX 1618, PASCAGOULA,, MS 39568-1618 |

District/off: 0538-6  User: mssbad  Page 3 of 3
Date Rcvd: Sep 04, 2025  Form ID: ntcdsm  Total Noticed: 46
TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Felicity Michelle Walker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Terry Lee Walker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 24−51720−KMS
Chapter: 13

In re:

| Felicity Michelle Walker | Terry Lee Walker |
| 12116 Highway 26 W | 12116 Highway 26 W |
| Lucedale, MS 39452 | Lucedale, MS 39452 |

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−2063                                              xxx−xx−7553

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on September 4, 2025.

Dated: 9/4/25                                   Danny L. Miller, Clerk of Court
                                                Dan M. Russell, Jr. U.S. Courthouse
                                                2012 15th Street, Suite 244
                                                Gulfport, MS 39501
                                                228−563−1790