# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re:  FELICITY MICHELLE WALKER                                              Case No.: 24-51720-KMS
         TERRY LEE WALKER
                Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

WARREN A. CUNTZ, JR., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on  12/02/2024.
2) The plan was confirmed on  03/21/2025.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  06/10/2025.
5) The case was dismissed on  09/04/2025.
6) Number of months from filing or conversion to last payment:  7.
7) Number of months case was pending:  9.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $11,990.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $11,990.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $1,333.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $647.06 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $1,980.06 |

Attorney fees paid and disclosed by debtor:     $2,667.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 21ST MORTGAGE CORPORATION ** | Secured | 167,924.25 | 171,076.69 | 7,389.15 | 7,389.15 | .00 |
| 21ST MORTGAGE CORPORATION ** | Secured | 26,554.04 | 30,139.34 | 30,139.34 | 2,620.79 | .00 |
| ARIVO ACCEPTANCE LLC | Unsecured | 18,192.00 | 28,124.69 | 28,124.69 | .00 | .00 |
| ARMY & AIR FORCE EXCHANGE SERVIC | Unsecured | NA | 3,103.56 | 3,103.56 | .00 | .00 |
| ASTHMA ALLERGY CLINIC | Unsecured | 232.05 | NA | NA | .00 | .00 |
| CENTURY BANK | Unsecured | 825.00 | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CORPORATION | Unsecured | 9,851.33 | 10,291.00 | 10,291.00 | .00 | .00 |
| DAVID CONNER DDS | Unsecured | 62.87 | NA | NA | .00 | .00 |
| EMERG MED SVC | Unsecured | 1,348.00 | NA | NA | .00 | .00 |
| FOX COLLECTION CTR | Unsecured | 1,093.00 | NA | NA | .00 | .00 |
| FST PREMIER | Unsecured | 497.00 | NA | NA | .00 | .00 |
| FST PREMIER | Unsecured | 657.00 | NA | NA | .00 | .00 |
| HAWK AUTOMOTIVE | Unsecured | 4,000.00 | NA | NA | .00 | .00 |

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re:  FELICITY MICHELLE WALKER                                                            Case No.:  24-51720-KMS
       TERRY LEE WALKER
               Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HUNTINGTON NATIONAL MANAGEMENT | Unsecured | NA | 1,005.53 | 1,005.53 | .00 | .00 |
| HUNTINGTON NATIONAL MANAGEMENT | Unsecured | NA | 962.88 | 962.88 | .00 | .00 |
| IC SYSTEMS INC | Unsecured | 664.00 | NA | NA | .00 | .00 |
| LVNV Funding LLC | Unsecured | 125.00 | 125.00 | 125.00 | .00 | .00 |
| LVNV Funding LLC | Unsecured | 437.00 | NA | NA | .00 | .00 |
| Midland Credit Management Inc | Unsecured | 359.00 | 359.04 | 359.04 | .00 | .00 |
| MIDLAND CREDIT MGMT | Unsecured | 636.00 | NA | NA | .00 | .00 |
| MISSION LANE LLC | Unsecured | 1,205.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 1,332.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 253.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 1,943.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 758.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 3,540.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 1,148.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 1,926.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 939.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 1,783.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 2,031.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 1,523.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 637.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 1,523.00 | NA | NA | .00 | .00 |
| MOHELA | Unsecured | 3,135.00 | NA | NA | .00 | .00 |
| OSCHNER HEALTH SYS | Unsecured | 714.00 | NA | NA | .00 | .00 |
| PREFERRED CREDIT INC | Secured | 3,516.00 | NA | NA | .00 | .00 |
| PT SOLUTIONS | Unsecured | 560.00 | NA | NA | .00 | .00 |
| Quantum3 Group LLC | Unsecured | NA | 339.25 | 339.25 | .00 | .00 |
| REGIONAL DIGESTIVE | Unsecured | 697.23 | NA | NA | .00 | .00 |
| REGIONAL DIGESTIVE SPE | Unsecured | NA | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 91.80 | 91.80 | .00 | .00 |
| SINGING RIVER ANIMAL | Unsecured | 450.00 | NA | NA | .00 | .00 |
| SINGING RIVER ELECTRIC | Unsecured | 1,319.19 | NA | NA | .00 | .00 |
| SINGING RIVER HEALTH | Unsecured | 16,839.00 | NA | NA | .00 | .00 |
| SINGING RIVER HEALTH | Unsecured | 27,654.00 | NA | NA | .00 | .00 |
| SINGING RIVER HOSPITAL SYSTEM | Other | 44,921.96 | 44,921.96 | .00 | .00 | .00 |
| SMCS | Unsecured | 6,372.00 | NA | NA | .00 | .00 |
| SMCS | Unsecured | 1,179.00 | NA | NA | .00 | .00 |
| SMCS | Unsecured | 1,181.00 | NA | NA | .00 | .00 |
| SMCS | Unsecured | 527.00 | NA | NA | .00 | .00 |
| SMITH ROUCHON | Unsecured | 1,200.00 | NA | NA | .00 | .00 |
| SMITH ROUCHON | Unsecured | 1,200.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In re: FELICITY MICHELLE WALKER              Case No.: 24-51720-KMS
       TERRY LEE WALKER
              Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPRINGHILL MEDICAL GROUP | Unsecured | 308.79 | NA | NA | .00 | .00 |
| TIMOTHY LOGAN BROWN | Unsecured | 2,500.00 | NA | NA | .00 | .00 |
| U S DEPARTMENT OF EDUCATION | Unsecured | 28,429.81 | 28,429.81 | 28,429.81 | .00 | .00 |
| WESTMORELAND EQUIPMENT | Unsecured | NA | NA | NA | .00 | .00 |
| WILLIAM & FUDGE | Unsecured | 574.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 7,389.15 | 7,389.15 | .00 |
| Mortgage Arrearage: | 30,139.34 | 2,620.79 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 37,528.49 | 10,009.94 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 72,832.56 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $1,980.06 |
| Disbursements to Creditors: | $10,009.94 |
| **TOTAL DISBURSEMENTS:** | $11,990.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 09/30/2025                         By: /s/WARREN A. CUNTZ, JR.
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.